**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 12-cr-00054-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JULIO CESAR TORRES LEE,
2.   JESUS ADAIN GIRON VEGA,
3.   AGUSTIN MENDEZ-SOLORIO,
4.   VICTOR OMAR BALANDRAN-RAMIREZ,
5.   AGUSTIN AGUIRRE-RAMIREZ,
6.   JESUS GOMEZ-VALDIVIA,
7.   CESAR A. MONTES-DOMINGUEZ,
8.   CARLOS GUILLERMO UGARTE-GOMEZ,
9.   JOE OTHON AVILA,
10.  ISAIAS CASTANON-GONZALEZ, and
11.  RAUL AGUIRE-CORONADO,

    Defendants.

## ORDER OF RECUSAL

Due to presiding over pre-indictment proceedings involving the above-named Defendants, the undersigned district judge has gained knowledge of facts relating to the charges in this matter and these parties which warrants her recusal under 28 U.S.C. § 455(b)(1). The Clerk of the Court is directed to reassign this case to another district judge by random draw.

    DATED: February __07__, 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge