**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
 Judge

February 8, 2012

## MEMORANDUM

TO: Greg Langham, Clerk

FROM: Judge Babcock          s/LTB

RE: Criminal Action No. 12-cr-00054-LTB
    USA v. Lee, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/es