AO 247 (Rev. D/CO 03/15) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America <br> v. <br> JULIO CESAR TORRES LEE <br> Date of Previous Judgment: May 28, 2013 <br> *(Use Date of Last Amended Judgment if Applicable)* | ) <br> ) <br> ) Case No: 12-cr-00054-WJM-01 <br> ) USM No: 38281-013 <br> ) Virginia L. Grady, Federal Public Defender <br> ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  sixty-eight (68) months **is reduced to** fifty-four (months) as to both Count 1 of the Superseding Indictment and Count One of the Information, to be served concurrently.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 120 months | Amended Guideline Range: | 70 to 87 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated May 28, 2013, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 18 May 2015

Effective Date: November 1, 2015
*(if different from order date)*

Judge's signature

William J. Martinez, U.S. District Judge
*Printed name and title*